# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 5:19-cr-6-KDB-DSC-1 |
| Jamie Marie Sigmon | ) | |
| | ) | USM No: 34703-058 |
| Date of Original Judgment: 08/14/2019 | ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/14/2019 shall remain in effect.
**IT IS SO ORDERED**.

Signed: February 13, 2024

*Kenneth D. Bell*
Kenneth D. Bell
United States District Judge

Effective Date: _____       Kenneth D. Bell
*(if different from order date)*       *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Jamie Marie Sigmon
CASE NUMBER: 5:19-cr-6 KDB-DSC-1
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:         Amended Total Offense Level:
Criminal History Category:            Criminal History Category:
Previous Guideline Range:     to     months   Amended Guideline Range:     to     months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Under the amendment to U.S.S.G. §4C1.1 in Amendment 821, the Defendant does not qualify to receive a two-level reduction in her offense level because she does not satisfy §4C1.1(a)(7) because she possessed a firearm. (Doc. No. 22, ¶¶ 10, 20).